# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON MATTA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY, a Connecticut corporation; EDSON INSURANCE SERVICES, INC., and DOES 1 – 50, Inclusive<br><br>    Defendants.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERCIA, a Connecticut corporation,<br><br>    Cross-Claimant,<br><br>    v.<br><br>EDSON INSURANCE SERVICES, INC.,<br><br>    Cross-Defendant. | Case No. 8:22-cv-00456-SSS-KESx<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

1

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

Having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Plaintiff Simon Matta, Defendant and Cross-Claimant Travelers Casualty Insurance Company of America, and Defendant and Cross-Defendant Edson Insurance Services, Inc., and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice, and
2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 25, 2023

By: _____
Honorable Sunshine S. Sykes
United States District Court

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**